FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

FEB 11 2025

GARY P. SEDAR
CLERK OF COURT
BY_____
DEPUTY CLERK

TRINA A. HIGGINS, United States Attorney (#7349)
BRADY WILSON, Assistant United States Attorney (#17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4266
brady.wilson@usdoj.gov

**SEALED**

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. OWEN DIESEL JOHNSON, Defendant. | INDICTMENT<br><br>COUNT 1: 18 U.S.C. § 922(a)(6), False Statement During Attempted Acquisition of a Firearm<br><br>Case: 4:25-cr-00014<br>Assigned To : Allen, Ann Marie McIff<br>Assign. Date : 2/10/2025<br>Description: USA v. |
|---|---|

The Grand Jury charges:

<u>COUNT 1</u>
18 U.S.C. § 922(a)(6)
(False Statement During Attempted Acquisition of a Firearm)

On or about July 19, 2024, in the District of Utah,

OWEN DIESEL JOHNSON,

defendant herein, in connection with the attempted acquisition of a firearm, to wit: a Taurus GX4 handgun, from a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and

likely to deceive the firearm dealer with respect to any fact material to the lawfulness of such acquisition of the firearm, that is, he falsely answered "no" on ATF Form 4473 asking whether he was subject to a court order restraining him from harassing, stalking, or threatening an intimate partner; when, as he then knew, the answer was untrue; all in violation of 18 U.S.C. § 922(a)(6).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

BRADY WILSON
Assistant United States Attorney